422 A.2d 1164

Commonwealth v. Harding aka Hardy, Appellant.

Ar-

gued June 7, 1979. Marilyn F. Gelb, for appellant; Lee Kaplan, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Judgment of sentence affirmed.